

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 28, 2022

VIA ECF
Hon. Ronnie Abrams
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

**Re:** *Meiqing Hu v. Mayorkas et al.*, 22 Civ. 8751 (RA)

Dear Judge Abrams:

    This Office represents the government in the above-referenced action, in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") and the Federal Bureau of Investigation ("FBI") to adjudicate an Application for Asylum and for Withholding of Removal (Form I-589).  I write respectfully to request that the initial pretrial conference presently scheduled for November 10, 2022, be rescheduled to the week of January 9, 2022, or a time thereafter that is convenient for the Court, with a corresponding extension of time for the parties' preconference submission.

    I respectfully request this adjournment because the complaint was served on the government by overnight mail on October 19, 2022.  Pursuant to Rules 12(a)(2) and 6(d) of the Federal Rules of Civil Procedure, the government calculates the date for its response to the complaint to be December 19, 2022.  *See* Fed. R. Civ. P. 12(a)(2); Fed. R. Civ. P. 6(d).  The government requires the intervening time to review the complaint, confer with USCIS and the FBI, and determine next steps.  This is the government's first request for an adjournment of the pretrial conference.  Plaintiff consents to this request.

    I thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   *s/ Joseph A. Pantoja*
     JOSEPH A. PANTOJA
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Telephone: (212) 637-2785
     E-mail: joseph.pantoja@usdoj.gov
     *Attorney for Defendants*

---

Application granted.  The telephonic initial pretrial conference is hereby adjourned to January 6, 2023 at 10:30 a.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.  The parties are directed to file a joint letter and proposed case management plan one week prior to the conference.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
10/31/2022